**Order entered September 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00841-CV

**REGINALD JONES, Appellant**

**V.**

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS PARK MANOR,**
**Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03357-E**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not paid the reporter's fee. However, the clerk's record includes a copy of appellant's statement of inability to afford payment of court costs, and nothing in the record reflects the trial court has ordered appellant to pay costs. Accordingly, we **ORDER** Brooke Wagner, Official Court Reporter for County Court at Law No. 5, to file the reporter's record without payment of costs. *See* TEX. R. CIV. P. 145(a). The record shall be filed no later than October 18, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wagner and the parties.

/s/     ERIN A. NOWELL
          JUSTICE